UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORI A. GILL-DRAYTON,

Plaintiff,

-against-

MOUNT VERNON CITY SCHOOL DISTRICT, et al.,

Defendant.

23 CIVIL 10259 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order & Opinion dated September 29, 2026, Mount Vernon's Motion to Dismiss is granted. NYSED's Motion for Reconsideration is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**